IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WISCONSIN

U.S. District Court
Wisconsin Eastern

MAY 0 1 2025

FILED
Clerk of Court

BOBBIE TORRY,

      PLAINTIFF.

  V.

Case No:_____

**25 ꞏC 0 6 3 7**

LYLE WEINTRAUB,

REY PALOP,

SHIRLEY GODIWALLA,

      DEFENDANT'S.

ALL DEFENDANT'S ARE BEING SUED IN THERE "INDIVIDUAL CAPACITY "AND, IN THEIR "OFFICIAL CAPACITY ".

## COMPLAINT UNDER THE CIVIL RIGHTS ACTS, 42 U.S.C 1983

### I.Jurisdiction and Venue

1. This is a Civil action under 42 U.S.C 1983, Eighth and Fourteenth Amendment to the United States Constitution, to redress the deprivation, under color of State Law, of rights secured by the Constitution of the United States. The Court has Jurisdiction under 28 U.S.C section 1331 and section 1343(a)(3).

2. The Eastern District Court is the appropriate venue under 28 U.S.C Section 1391 (b)(2) because, it is where the events giving rise to this claim occurred.

### II. Parties:

3. The Plaintiff Bobbie Torry, at all times mentioned herein a prisoner of (The State of Wisconsin) in custody of the Wisconsin Department of Correction. The Plaintiff Torry, is currently confined at;

1

Bobbie Torry *324593

Fox Lake Correctional Institution

W10237 Lake Emily Road

Fox Lake, WI 53933

## Defendant's

### A.

The Defendant <u>Lyle Weintraub</u>, was a doctor here at; Fox Lake Correctional Institution. He is legally responsible for the health and care of all inmates in this prison his address is below;

Lyle Weintraub

Fox Lake Correctional Institution

W10237 Lake Emily Road

Fox Lake, WI 53933

## Defendant's

### B.

The Defendant <u>Rey Palop,</u> was a doctor here at; Fox Lake Correctional Institution. He is legally responsible for the Health and care of all inmates in this prison his address is below;

2

Rey Palop

Fox Lake Correctional Institution

W10237 Lake Emily Road

Fox Lake, WI 53933

<u>Defendant's</u>

C.

The Defendant <u>Shirley Godiwalla</u>, is a current doctor here at; Fox Lake Correctional Institution. She is legally responsible for the health and care of all inmates in prison her address is below;

<u>Shirley Godiwalla</u>

Fox Lake Correctional Institution

W10237 Lake Emily Road

Fox Lake, WI 53933

3

**Legal Claim:**

**A.**

**Defendant Lyle Weintraub, doctor deliberate indifference to plaintiff's serious medical needs by failing to send plaintiff to a outside kidney specialist where, the plaintiff had multiple decreases in kidney function and a decrease in urine stream, this violated the plaintiff rights and constituted cruel and unsual punishment under the Eight-Amendment of the U.S. Constitution.**

Facts:

1. Defendant Lyle Weintraub, was a doctor here at; Fox Lake Correctional Institution. He is legally responsible for the health and care of all inmates in this prison.

2. On May 6, 2021 H.S.U staff nurse sent too Plaintiff Torry, "an appointment "to come up to H.S.U for (blood test lab work). See, Exhibit A .

3. On May 7, 2021 Dr. Weintraub, sent to the Plaintiff Torry, his ( Laboratory results) stating, that Torry, have a slight decrease in kidney function " Glomerular Filtration Rate " at low 73 instead of 90. See, Exhibit B (Plaintiff Torry's laboratory results dated May 7, 2021 ) attached to this complaint.

4. On May 12, 2021, H.S.U nurse called the Plaintiff Torry, up to H.S.U for " an appointment " to discuss my laboratory results with Dr. Weintraub, (during this meeting Dr. Weintraub, told the Plaintiff Torry, " that something is wrong inside my kidneys where, my Filtration Rate is at low 73 instead of 90 ". See, Exhibit B (Plaintiff Torry's, laboratory results dated May 7, 2021) attached to this complaint.

4

5. On May 13, 2021, Dr.Weintraub, entered a progress note for Torry, for lower urinary tract symptoms and specifically possible decreased urine stream along with decreased kidney function. See, (Exhibit D at Pages 1,2). (Progress notes by Dr.Weintraub, dates 5/13/2021) attached to this complaint.

6. On May 21, 2021 the Plaintiff Torry, had another appointment with Dr. Weintraub, (during this meeting the Plaintiff Torry, asks Dr. Weintraub, why I'm I having multiple **decrease** in my kidney function such as;

1. On 6/12/19 Plaintiff Torry, "Filtration Rate " was at 85 instead of low 90.

1. On 5/7/2021 the Plaintiff Torry, "Filtration Rate "failed once again to low 73.

2. On 8/23/2021 the Plaintiff Torry, " Filtration Rate "failed once again to low 69. See, Exhibit's Z,B,C attached to this complaint.

(Dr. Weintraub, stated, that he **did not** no what is causing Torry's **decrease** in my kidney function. At this point the Plaintiff Torry, personally, asks Dr. Weintraub, that I be sent to an outside kidney specialist to treat my present kidney condition).

7. Dr. Weintraub, provided no treatment for the Plaintiff Torry, decrease in kidney function and decrease in urine stream.

8. Dr. Weintraub, (**never**) sent Plaintiff to any outside kidney specialist at all for evaluation. nor, did Dr. Weintraub, make **any** referral to send Plaintiff to an outside kidney specialist.

9. By Dr. Weintraub, refusing to send the Plaintiff Torry, to an outside kidney specialist after having multiple **decreases** in my kidney function and decrease in urine stream. This deliberate indifference has caused permanent emotional and physical injuries to the Plaintiff Torry, current and future health.

5

<h2 style="text-align:center"><u>Legal Claim:</u></h2>

<h3 style="text-align:center">B.</h3>

**Defendant <u>Rey Palop</u>, doctor deliberate indifference to plaintiff's serious medical needs by failing to send plaintiff to an outside kidney specialist where, the plaintiff had multiple decrease in his kidney function and a decrease in urine stream, this violated the plaintiff rights and constituted cruel and unsual punishment under the Eighth-Amendment of the U.S. Constitution.**

<h3 style="text-align:center"><u>Facts:</u></h3>

10. Defendant <u>Rey Palop,</u> was a doctor here at: Fox Lake Correctional Institution. He is legally responsible for the health and care of all inmates in this prison.

11. On May 7, 2021 prior <u>Dr. Weintraub</u>, sent to the Plaintiff <u>Torry,</u> his (Laboratory results). Stating; that <u>Torry,</u> have a slight decrease in kidney function " Glomerular Filtration Rate " at low <u>73</u> instead of 90. See, Exhibit <u>B</u>. (Plaintiff <u>Torry's</u> laboratory results dated May 7, 2021). Attached to this complaint.

12. On August 26, 2021 The Plaintiff <u>Torry,</u> had an "office appointment "with **new doctor** named <u>Rey Palop</u>, to discuss with Plaintiff <u>Torry,</u> his kidney problems.

13. On October 7, 2021 Plaintiff <u>Torry,</u> had an appointment with **(new doctor)** <u>Rey Palop,</u> where, he review <u>Torry's</u> June 2019 and May 2021 and August 23, 2021 " Glomerular Filtration Rate " (GFR) reading which shows <u>Torry's</u> has multiple decreases in kidney function at low <u>85</u> and <u>73</u> and <u>69</u> instead of 90. Regarding to his kidneys. See, Exhibit <u>Z,B,C</u> (Plaintiff <u>Torry,</u> medical laboratory results) attached to this complaint. For Example, as follows:

1. On 6/12/2019 the Plaintiff <u>Torry,</u> " Filtration Rate " was at low <u>85</u> instead of 90. Regarding to his kidneys. See, Exhibit <u>Z</u> (Plaintiff <u>Torry,</u> medical laboratory test results <u>85</u> dated 6/12/2019). Attached to this complaint.

6

2. On May 7, 2021 the Plaintiff Torry, " Filtration Rate " failed once again to low 73 instead of 90. See, Exhibit B (Plaintiff Torry, medical laboratory test results 73 dated May 7, 2021). Attach to this complaint.

3. On 8/23/ 2021 the Plaintiff Torry, "Filtration Rate " failed once again to low 69 instead of 90. Regarding to his kidneys. See, Exhibit C (Plaintiff Torry medical laboratory test results 69 dated 8/23/2021). Attached to this complaint.

14. The Plaintiff Torry, told Dr. Palop, about my **decrease** in urine stream as well. See, Exhibit D (Plaintiff Torry, medical progress notes dated 5/21/2021) attached to this complaint.

(Dr. Palop, stated, that he **did not** no what is causing Torry, **decrease** in his kidney function and a **decrease** in his urine stream. At this point the Plaintiff Torry, personally, asks Dr. Palop, that i be sent to an outside kidney specialist to treat my present kidney condition).

15. Dr.Palop, provided no treatment for the Plaintiff Torry's, decrease in kidney function and decrease in urine stream.

16. On 8/11/2022 the Plaintiff Torry, sent too; Health service unit (H.S.U) a "Health service request form " to see doctor where, Torry, stated the following inpart:

Need to see doctor having sharp pain in kidney area. Should be sent to an outside kidney specialist to see what's wrong with my kidney. See, Exhibit 295 (Health service request form that Plaintiff Torry, sent to health service unit dated 8/11/2022). Attached to this complaint.

17. Dr. Palop, **never** sent Plaintiff Torry, to any outside kidney specialist at all for evaluation nor, did Dr. Palop, make **any** referral to send Plaintiff to an outside kidney specialist.

7

18. By <u>Dr. Palop</u>, **refusing** to send the Plaintiff <u>Torry,</u> to an outside kidney specialist after having **multiple decreases** in my kidney function and **decrease** in urine stream. This deliberate indifference has caused permanent emotional and physical injuries to the Plaintiff <u>Torry</u>, current and future health.

## Legal Claim:

## C.

**Defendant <u>Shirley Godiwalla</u>, doctor deliberate indifference to Plaintiff's serious medical needs by failing to send Plaintiff to an outside kidney specialist Where, the Plaintiff had multiple decrease in kidney function and a decrease in his urine stream this violated the Plaintiff rights and constituted cruel and unsual punishment under the Eighth-Amendment of the U.S. Constitution.**

## Facts:

19. The Defendant <u>Shirley Godiwalla</u>, is a current doctor here at: Fox Lake Correctional Institution. She is legally responsible for the health and care of all inmates in this prison.

20. On May 7, 2021 prior doctor <u>Weintraub,</u> sent to the Plaintiff <u>Torry,</u> his (Laboratory results) stating; that <u>Torry,</u> have a slight decrease in kidney function " Glomerular Filtration Rate " at low <u>73</u> instead of 90. See, Exhibit <u>B</u> (Plaintiff <u>Torry's</u> laboratory results dated May 7, 2021) attached to this complaint.

21. On 1/5/2023. Plaintiff <u>Torry,</u> had an "Office Appointment "with (**new doctor**) named <u>Shirley Godiwalla,</u> to discuss with Plaintiff <u>Torry,</u> his kidney problems. Where, she review <u>Torry's</u> medical file regarding to the May 2021 and August 23, 2021 " Glomerular Filtration Rate " (GFR) numbers reading which shows <u>Torry's</u> has multiple **decrease** in kidney function at low <u>73</u> and <u>69</u> such as;

8

1. On May 7, 2021, the Plaintiff Torry, " Filtration Rate " was at low 73 instead of 90 regarding to his kidneys. See, Exhibit B Plaintiff Torry, medical laboratory resulted dated May 7, 2021). Attach to this complaint.

2. On 8/23/2021 the Plaintiff Torry, "Filtration Rate "failed once again to low 69 instead of 90 regarding to his kidneys. See, Exhibit C (Plaintiff Torry, laboratory results dated 8/23/2021). Attach to this complaint.

22. On 7/7/2023. Plaintiff Torry, had another "office appointment "with Dr. Godiwalla, where, we talked about my **decrease** in kidney function at this point. DR. Godiwalla, told the Plaintiff Torry, about my **decrease** in "Urine Stream "as well. See, Exhibits D,I (Plaintiff Torry, medical progress notes dated 5/21/2021) And H.S.U returned interview/information request dated 4/3/2024. Attached to this complaint.

23. On 8/11/2022 the Plaintiff Torry, sent too; Health Service Unit (H.S.U) a " Health service request form " to see doctor where, Torry, stated the following inpart:

Need to see doctor having sharp pain in kidney area. Should be sent to an outside kidney specialist to see what's wrong with my kidney. See, Exhibit 295 (Health service request form that Plaintiff Torry, sent to health service unit dated 8/11/2022). Attached to this complaint.

24. On 12/6/2022 Dr. Godiwalla, ordered " blood lab test " for the Plaintiff Torry's kidneys therefore, On 12/6/2022 the Plaintiff Torry's laboratory results shows: that his " Glomerular Filtration Rate " was at low 73 instead of 90. See, Exhibit E (Plaintiff Torry, laboratory results dated 12/6/2022). Attached to this complaint.

25. On 6/5/2023 Dr. Godiwalla, ordered another "blood lab test "for the Plaintiff Torry's kidneys. Therefore, On 6/5/2023 the Plaintiff Torry's laboratory results shows: that his "Glomerular Filtration Rate "was low 83 instead of 90. See, Exhibit F (Plaintiff Torry, laboratory results dated 6/5/2023) attached to this complaint.

9

26. IN September (2023) Dr. Godiwalla, ordered an "Urine test "for the Plaintiff Torry,.

Therefore, on 9/25/2023 the Plaintiff Torry, laboratory results shows: that Torry, has **(trace of blood within his urine).** See, Exhibit G (Plaintiff Torry, laboratory results) dated 9/25/2023 attached to this complaint.

27. On 11/16/2023 during another " office appointment " with Dr. Godiwalla, the Plaintiff Torry, " told Dr. Godiwalla, that she should send him to an outside kidney doctor to find out what's wrong with my kidney problems". See, Exhibit I (H.S.U returned interview/information request dated 4/3/2024).

28. On January 31, 2025, Dr.Godiwalla, sent too the Plaintiff Torry, his (Laboratory results) stating; that some of Torry's test results are **abnormal.** See, Exhibit X (Plaintiff Torry laboratory results) dated January 31, 2025.

29. Dr. Godiwalla, **never** sent Plaintiff Torry, to **any** outside kidney specialist at all for evaluation nor, did Dr. Godiwalla, make **any** referral to send Plaintiff to a outside kidney specialist.

30. The Wisconsin Medical Examining Board indefinitely limiting her Dr.Godiwalla, medical license and prohibiting her from practicing pediatric urology after the board determined that she misdiagnosed three patients and performed unnecessary surgical procedures upon them. See, Shirley Godiwalla V. State of Wisconsin Medical Examining Board 294 Wis. 2d 696 (2006). Based upon this reason as well Dr.Godiwalla, should have sent the Plaintiff Torry, to an outside urology to evaluate the Plaintiff Torry, kidneys his decrease in kidney function and his decrease in his urine stream.

31. Dr.Godiwalla, provided **no treatment** for the Plaintiff Torry's, decrease in kidney function and decrease in urine stream and the trace of blood that was found within the Plaintiff urine.

10

32. By <u>Dr. Godiwalla</u>, refusing to send the Plaintiff <u>Torry,</u> to an outside kidney specialist after having multiple **decreases** in my kidney function. And **a decrease** in "Urine stream ". Also where, "A trace of blood that was found within my urine stream ". This deliberate-indifference has caused permanent emotional and physical injuries to the Plaintiff <u>Torry,</u> current and future health.

## Relief Request:

33. The Plaintiff <u>Torry,</u> asks this Court to award him $100,000 dollars against Defendant <u>Lyle Weintraub's</u>, for " Compensatory Damages "for the physical and emotional injuries there punishment for the deliberate indifference to Plaintiff's serious medical needs by failing to send Plaintiff to an outside kidney specialist Where, the Plaintiff had multiple decrease in kidney function and a decrease in urine stream this violated the Plaintiff rights and constituted cruel and unsual punishment under the Eighth-Amendment of the U.S Constitution.

34. The Plaintiff <u>Torry,</u> asks this Court to award him $15,000 dollars for "punitive damages "against Defendant <u>Dr. Weintraub's</u>.

35. The Plaintiff <u>Torry,</u> asks this Court to award him $100,000 dollars against Defendant <u>Rey Palop</u>, for "Compensatory Damages "for the physical and emotional injuries there punishment for the deliberate indifference to Plaintiff's serious medical needs by failing to send Plaintiff to an outside kidney specialist where, the Plaintiff had multiple decreases in kidney function and a decrease in urine stream. This violated the Plaintiff rights and constituted cruel and unsual punishment under the Eighth-Amendment of the U.S. Constitution.

36. The Plaintiff <u>Torry,</u> asks this Court to award him $15,000 dollars for "punitive damages "against Defendant <u>Dr. Palop,</u>

11

37. The Plaintiff <u>Torry,</u> asks this Court to award him $100,000 dollars against defendant <u>Shirley Godiwalla,</u> for " Compensatory Damages " for the physical and emotional injuries there punishment for the deliberate indifferent to Plaintiff's serious medical needs by failing to send Plaintiff to an outside kidney specialist where, the Plaintiff had multiple decrease in kidney function and decrease in urine stream this violated the Plaintiff rights and constituted cruel and unsual punishment under the Eighth-Amendment of the U.S. Constitution.

38. The Plaintiff <u>Torry,</u> asks this Court to award him $15,000 dollars for "Punitive Damages " against Defendant <u>Shirley Godiwalla,</u> So that the Defendant won't do this to any other inmate.

39. The Plaintiff <u>Torry,</u> also seeks a bench trial on all issues triable by a jury trial.

40. The Plaintiff <u>Torry,</u> asks this Court for additional relief such as the $350.00 dollars for filing fees.

## Legal Claim:

### A.

Defendant <u>Lyle Weintraub,</u> doctor deliberate indifferent to Plaintiff's serious medical needs by failing to send Plaintiff to an outside kidney specialist Where, the Plaintiff had multiple decreases in kidney function and a decrease in urine stream this violated the Plaintiff rights and constituted cruel and unsual punishment under the Eighth-Amendment of the U.S. Constitution. See, Pages <u>4,5</u>.

### B.

Defendant <u>Rey Palop,</u> doctor deliberate indifferent to Plaintiff's serious medical needs by failing to send Plaintiff to an outside kidney specialist Where, the Plaintiff had multiple decreases in kidney function and a decreases in urine stream this violated the Plaintiff rights and constituted cruel and unsual punishment under the Eighth-Amendment of the U.S. Constitution. See, Pages <u>6,7</u>.

12

## C.

Defendant <u>Shirley Godiwalla</u>, doctor deliberate indifferent to Plaintiff's serious medical needs by failing to send Plaintiff to an outside kidney specialist Where, the Plaintiff had multiple decreases in kidney function and a decrease in urine stream this violated the Plaintiff rights and constitute cruel and unsual punishment U.S. Constitution. See, Pages <u>8,9,10</u>.

## III. <u>Institution Prison Grievance</u>

1. Yes, the Plaintiff <u>Torry,</u> did file a grievance concerning to the facts relating to this complaint. Here at: Fox Lake Correctional Institution.

2. Yes, On 3/12/2024,The Plaintiff <u>Torry</u>, did file an <u>I.C.E Complaint</u> and filed an <u>Appeal</u> to the warden. See, Exhibit's <u>J thur V</u> attached.

## IV. <u>Previous Lawsuits</u>

1. No. The Plaintiff <u>Torry</u>, do not have **any** lawsuits pending in the state court at all.
2. Yes, The Plaintiff <u>Torry,</u> did file (four) prison lawsuits in the Federal District Court of Wisconsin. As follows;

   1. <u>Torry V. Salter</u> 10-CV-378-Slc
   2. <u>Torry V. Lloyd</u> 11-CV-830-WMC
   3. <u>Torry V. Albrecht</u> 21-CV-1429-JPS
   4. <u>Torry v. Delforge</u> 23-CV-975-JPS

13

## **Appendix Section:**

Health Service Appointment Notice…………….. A

Plaintiff Torry, Laboratory Test Results 73 dated May 7, 2021 from Dr.Weintraub, …………… B

Plaintiff Torry, Laboratory Test Results 69 regarding to my decrease kidney function dated 8/23/2021 " Glomerular Filtration Rate "……………. C

Plaintiff Torry, decreased in "urine stream "medical progress notes by Dr. Weintraub, dated 5/21/2021……………….. D

Plaintiff Torry, Laboratory test results 73 regarding to my kidneys "Glomerular Filtration Rate "date 12/6/2022……………. E

Plaintiff Torry, Laboratory test results 83 regarding to my kidneys "Glomerular Filtration Rate "dated 6/5/2023…………… F

Plaintiff Torry, Laboratory test results shows: "trace of blood within Torry urine ". Dated 9/25/2023……………. G

On July 7, 2023 Plaintiff Torry, had an "Office Appointment "with Dr. Godiwalla, ……….. H

On November 16, 2023 Plaintiff Torry, had another "Office Appointment "with Dr. Godiwalla, ……….. I

The Plaintiff Torry did exhausted his administrate remedies………… J thur V

H.S.U returned interview/information request dated 4/3/2024………….I

On January 31, 2025, Dr.Godiwalla, sent too the Plaintiff Torry, his (Laboratory results) stating; that some of Torry's test results are abnormal………. X

Plaintiff Torry, laboratory test results 75 regarding to my decrease kidney function dated 8/26/2022 " Glomerular Filtration Rate "…………………..Y

Plaintiff Torry, laboratory test results 85 regarding to my decrease kidney function dated 6/12/2019…………………Z

14

Plaintiff <u>Torry</u>, " Health Service Request Form " that Plaintiff sent too; Health
Service Unit to provider dated 8/11/2022................295

## <u>Verification:</u>

I <u>Bobbie Torry</u>, have read the foregoing complaint and hereby verify that the
matter alleged therein are true, except as to matters alleged on information and
belief, I believe them to be true. I Certify under pentaly of perjury that the
foregoing is true and correct.

Date this 30+h Day of April 2025

Bobbie Torry *324593

Fox Lake Correctional Institution

P.O. Box 200

Fox Lake, WI 53933

15