**25 -C- 0637**

To; <u>Clerk of Courts</u>

For the Eastern District of Wisconsin.



U.S. District Court
Wisconsin Eastern

MAY 0 1 2025

FILED
Clerk of Court

Please find enclosed for filing the following one original and two copies of the following for filing;

1. Complaint under the Civil Rights Acts, 42 U.S.C 1983.

Attention Clerk, the Plaintiff <u>Torry</u>, will pay the full filing fee up front. Clerk, please send me a document or letter with case number showing that the filing fee is $400.00 dollars. So that I can pay the filing fee up front from my regular prison account.  Thank You'''''

Date this 30th April 2025.

Bobbie Torry #324593

Fox Lake Correctional Institution

P.O. Box 200

Fox Lake, WI 53933

16