# HEALTH SERVICES APPOINTMENT NOTICE

| OFFENDER NAME | DOC NUMBER | UNIT |
|---|---|---|
| TORRY, Bobbie | 324593 | 06c |

You have an appointment with the LAB NURSE.     Please do not leave unit for early AM appointments until all call has released.

| | DAY | DATE | TIME |
|---|---|---|---|
| ON: | ~~Thursday~~ | ~~May 06, 2021~~ | ~~6:30 AM~~ |

You have a FASTING LAB appointment.   Please DO NOT eat or drink anything after 6:00 PM. Water is OK.

RECEIVED

MAY 1 7 2021

Fox Lake Correctional Inst.
I.C.E.

-A-

TORRY, BOBBIE
DOC# 000324593

May 07, 2021


BOBBIE TORRY

Hi Mr. Torry.

We want to let you know about your laboratory results listed below. You have a slight decrease in Kidney function. If you would like to discuss them further with us, or if you have further questions, please call us at your convenience to discuss, or to schedule an appointment to do so.

Sincerely,

Dr. Weintraub.

| Result Name | Current Result | | Reference Range |
|---|---|---|---|
| CHOL-ACL (mg/dL) | 140 | 5/6/2021 | <=199 - |
| TRIG-ACL (mg/dL) | 65 | 5/6/2021 | <=149 - |
| HDL-ACL (mg/dL) | 56 | 5/6/2021 | >=40 - |
| LDL-ACL (mg/dL) | 71 | 5/6/2021 | <=129 - |
| NONHDL-ACL (mg/dL) | 84 | 5/6/2021 | |
| CHOHDL-ACL | 2.5 | 5/6/2021 | <=4.4 - |
| NA-ACL (mmol/L) | 140 | 5/6/2021 | 135-145 - |
| K-ACL (mmol/L) | 3.7 | 5/6/2021 | 3.4-5.1 - |
| CL-ACL (mmol/L) | 109 ((H)) | 5/6/2021 | 98-107 - |
| CO2-ACL (mmol/L) | 26 | 5/6/2021 | 21-32 - |
| AGAP-ACL (mmol/L) | 9 ((L)) | 5/6/2021 | 10-20 - |
| GLU-ACL (mg/dL) | 85 | 5/6/2021 | 65-99 - |
| BUN-ACL (mg/dL) | 17 | 5/6/2021 | 6-20 - |
| CREA-ACL (mg/dL) | 1.16 | 5/6/2021 | 0.67-1.17 - |
| Glomerular Filtration Rate-ACL (mL/min/1.73 m2) | 73 ((L)) | 5/6/2021 | >90 - |
| BCRAT-ACL | 15 | 5/6/2021 | 7-25 - |
| CA-ACL (mg/dL) | 9.0 | 5/6/2021 | 8.4-10.2 - |

Health Services Unit Staff

— β —

TORRY, BOBBIE                                                                DOB: 2/10/1971.

Patient: TORRY, BOBBIE
MRN: 000324593

Date Range: 3/2/2020 0:00 CST - 10/1/2021 23:59 CDT

Printed by: Eagen, Sandra L
Printed on: 9/2/2021 6:05 CDT

| Lab View | 8/23/2021 0:00 - 23:59 CDT |
|---|---|
| **Routine Chemistry** | |
| BUN-ACL | 16 |
| Creatinine-ACL | 1.22 (H) |
| Glomerular Filtration Rate-ACL | 69 * (L) |
| Calcium-ACL | 8.9 * |
| Sodium-ACL | 141 |
| Potassium-ACL | 3.8 |
| Chloride-ACL | 108 (H) |
| Carbon Dioxide-ACL | 28 |
| Glucose-ACL | 83 |
| BUN/Creatinine Ratio-ACL | 13 |
| Anion Gap-ACL | 9 (L) |
| **Tolerance Testing** | |
| Glucose Fasting Hours-ACL | 10 |
| **Lipids and CV Risk** | |
| Cholesterol-ACL | |
| Triglyceride-ACL | |
| HDL Cholesterol -ACL | |
| Ldl Cholesterol, Calculated-ACL | |
| Cholesterol/HDL Ratio-ACL | |
| Non-HDL Cholesterol-ACL | |
| **Immunology/Serology** | |
| **Infectious Disease** | |
| COVID19-ExactScience | |
| PSA Total -ACL | |



## Progress Notes

### Review of Systems

Ros:
Had been Positive for Covid in November.
Worries that may have affected his Kidneys .

### Objective

#### Vitals & Measurements
No qualifying data available.

#### Physical Exam
.Vitals: T97 Wt. 206 lbs . BP-116/83  -  P- 78
GENERAL: The patient is well-nourished, well-groomed, pleasant and cooperative in no acute distress.
HEENT: The head is normocephalic, atraumatic. Sclerae are clear and anicteric. PERRLA, extraocular movements intact. Conjunctivae are pink. The Oropharynx is clear without lesions, erythema, or exudate. Mucous membranes are moist. Tongue is midline.
NECK: Supple, full range of motion, No thyromegaly, adenopathy, JVD.
MUSCULOSKELETAL: Spine is straight. There is no spinal tenderness, CVA tenderness, focal vertebral tenderness, or presacral edema.
RESPIRATORY: Lungs are clear to auscultation bilaterally without rhonchi, wheezes, or rales. Good air movement throughout.
CARDIOVASCULAR: Normal S1, S2. Regular rate and rhythm without murmurs, gallops, or rubs.
LYMPH NODES: No palpable peripheral lymphadenopathy.
GASTROINTESTINAL: Abdomen is soft, nontender, and nondistended, with active bowel sounds in all four quadrants. There is no hepatomegaly or masses appreciated. Spleen is not palpable. No abdominal bruits.
EXTREMITIES: No cyanosis, clubbing, or edema. No joint swelling or tenderness. Full range of motion in all extremities.
SKIN: Warm, dry, and intact. No rashes, petechiae, or purpura.
NEUROLOGIC: Aweke, alert, and oriented in all spheres. Affect is full. Cranial nerves II-XII are grossly intact without focal deficit. Muscle strength is 5/5 and equal throughout. Gait is stable.

### Assessment/Plan

1. Renal disease
   GFR 73, Normal Creatinine , PSA , sono Normal. Declines Flomax . Patien5t concerned about Poor water Quality presently.
Ordered:
Basic Metabolic Panel - ACL

2. LUTS - Lower urinary tract symptoms
   ? BPJH with LUTY
Ordered:
Basic Metabolic Panel - ACL

Annual physical exam

Chronic GERD

COVID-19

Dry skin dermatitis

Seasonal allergies

If lab recheck of Kidney function in future . If not improving Consider Urology / Or Nephrology Consult .

*Electronically Signed on 05/21/21 12:05 PM*

Weintraub, Lyle  MD

Patient: TORRY, BOBBIE        MRN/DOC: 000324593        DOB: 2/10/1971

## Progress Notes

| | |
|---|---|
| Document Type: | Progress Note Generic |
| Service Date/Time: | 5/13/2021 10:11 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Progress/SOAP Note/ post Covid . Decrased GFR/ LUTS symptoms . |
| Sign Information: | Weintraub,MD,Lyle M (5/13/2021 10:15 CDT) |

### Subjective

**Review of Systems**
REVIEW OF SYSTEMS:
possible decreased urine stream
Urinates ? 10-15 times per day.

### Objective

**Vitals & Measurements**
Temperature Temporal Artery: 36.4 Deg C (05/13/21 10:02:00)
Peripheral Pulse Rate: 76 bpm (05/13/21 10:02:00)
Respiratory Rate: 16 br/min (05/13/21 10:02:00)
Systolic Blood Pressure: 116 mmHg (05/13/21 10:02:00)
Diastolic Blood Pressure: 75 mmHg (05/13/21 10:02:00)
Mean Arterial Pressure, Cuff: 89 mmHg (05/13/21 10:02:00)

**Physical Exam**
Vitals : T97.7, Wt. 202 lbs, BP-   P-
GENERAL: The patient is well-nourished, well-groomed, pleasant and cooperative in no acute distress.
HEENT: The head is normocephalic, atraumatic. Sclerae are clear and anicteric. PERRLA, extraocular movements intact. Conjunctivae are pink. The Oropharynx is clear without lesions, erythema, or exudate. Mucous membranes are moist. Tongue is midline.
NECK: Supple, full range of motion, No thyromegaly, adenopathy, JVD.
MUSCULOSKELETAL: Spine is straight. There is no spinal tenderness, CVA tenderness, focal vertebral tenderness, or presacral edema.
RESPIRATORY: Lungs are clear to auscultation bilaterally without rhonchi, wheezes, or rales. Good air movement throughout.
CARDIOVASCULAR: Normal S1, S2. Regular rate and rhythm without murmurs, gallops, or rubs.
LYMPH NODES: No palpable peripheral lymphadenopathy.
GASTROINTESTINAL: Abdomen is soft, nontender, and nondistended, with active bowel sounds in all four quadrants. There is no hepatomegaly or masses appreciated. Spleen is not palpable. No abdominal bruits.
EXTREMITIES: No cyanosis, clubbing, or edema. No joint swelling or tenderness. Full range of motion in all extremities.
SKIN: Warm, dry, and intact. No rashes, petechiae, or purpura.
NEUROLOGIC: Awake, alert, and oriented in all spheres. Affect is full. Cranial nerves II-XII are grossly intact without focal deficit.
Muscle strength is 5/5 and equal throughout. Gait is stable.

**Lab Results**
BUN-ACL 17 mg/dL 05/06/2021 06:37 CDT
CREA-ACL 1.16 mg/dL 05/06/2021 06:37 CDT
Glomerular Filtration Rate-ACL 73 mL/min/1.73 m2 05/06/2021 06:37 CDT (Low)
CA-ACL 9.0 mg/dL 05/06/2021 06:37 CDT
NA-ACL 140 mmol/L 05/06/2021 06:37 CDT

Patient: TORRY, BOBBIE
MRN: 000324593

Date Range: 12/6/2022 0:00 CST - 8/6/2023 23:59 CDT

Printed by: Mulder, MA, Jodi K
Printed on: 7/7/2023 7:37 CDT

| Lab View | 6/5/2023 0:00 - 23:59 CDT | 12/6/2022 0:00 - 23:59 CST |
|---|---|---|
| **Routine Chemistry** | | |
| SGOT/AST-ACL | 11 | 12 |
| SGPT/ALT-ACL | 21 | 22 |
| BUN-ACL | 15 | 16 |
| Creatinine-ACL | 1.07 | 1.20 (H) |
| Glomerular Filtration Rate-ACL | 83 * | 73 * |
| Calcium-ACL | 9.6 | 9.9 |
| Total Protein-ACL | 7.4 | 7.9 |
| Albumin-ACL | 3.7 | 3.7 |
| A/G Ratio-ACL | 1.0 * | 0.9 * (L) |
| Sodium-ACL | 142 | 142 |
| Potassium-ACL | 3.8 | 4.2 |
| Chloride-ACL | 108 | 106 |
| Carbon Dioxide-ACL | 26 | 31 |
| Alkaline Phosphatase-ACL | 67 | 77 |
| Glucose-ACL | 89 | 87 |
| BUN/Creatinine Ratio-ACL | 14 | 13 |
| Bilirubin, Total-ACL | 0.6 | 0.6 |
| Anion Gap-ACL | 12 | 9 |
| **Tolerance Testing** | | |
| Glucose Fasting Hours-ACL | 10 | 10 |
| **Infectious Disease** | | |
| Globulin-ACL | 3.7 | 4.2 (H) |

Exhibit F          Exhibit E

Case 2:25-cv-00637-JPS    Filed 05/01/25    Page 6 of 41    Document 1-2

| Ambulatory View | 9/25/2023 10:17 CDT |
|---|---|
| Non-HDL Cholesterol-ACL | |
| **Urine Chemistry** | |
| Creatinine, Urine Random-ACL | |
| Microalbumin/Creatinine Ratio-ACL | |
| Microalbumin, Urine | |
| **UA Macroscopic** | |
| Protein Urine Dipstick | Negative |
| Glucose Urine Dipstick | Negative |
| Ketones Urine Dipstick | Negative |
| Bilirubin Urine Dipstick | Negative |
| Urobilinogen Urine Dipstick | 0.2 mg/dl |
| Urine Appearance Urine Dipstick | Clear |
| Urine Color Urine Dipstick | Pale yellow |
| Specific Gravity Urine Dipstick | Greater than 1 |
| Blood Urine Dipstick | Trace |
| pH Urine Dipstick | 6 |
| Nitrite Urine Dipstick | Negative |
| Leukocytes Urine Dipstick | Negative |
| **COVID19 ANTIGEN POC** | |
| COVID19 Antigen Status | |
| COVID19 Antigen Symptomatic | |
| COVID19 Previous PCR? | |
| COVID19 Testing Location | |
| COVID19 Close Contact? | |
| COVID19 Collection Time | |
| COVID19 Performed Time | |
| COVID19 Completion Time | |
| **Infectious Disease** | |
| Globulin-ACL | |
| COVID19-Accelerated Lab | |
| **HIM DTA's Used - Multiple Forms** | |
| Number of pages provided | |
| Total pages released to PIOC | |
| Total Pages + New Pages Calculation | |
| **Advance Directive Document** | |
| PR Advanced Directive | |
| **Progress Notes** | |
| Nursing Narrative Note | |
| Progress Note Generic | |
| **Office/Clinic Notes** | |
| Chronic Care Note | |
| **Nursing** | |
| Nursing Diagnosis for Sick Call | |
| **Letters** | |
| Patient Letter | |
| **Correspondence** | |
| Phone Msg | |
| Reminders | |

− Ϭ −

Patient: TORRY, BOBBIE
MRN: 000324593

Date Range: 4/4/2022 11:19 CDT - 11/4/2023 11:19 CDT

Printed by: Eagen, MA, Sandra L
Printed on: 10/4/2023 11:19 CDT

| Ambulatory View | 9/25/2023 10:17 CDT |
|---|---|
| **Visit Information** | |
| Chief Complaint | |
| **Measurements** | |
| Height/Length Measured | |
| BSA Estimated | |
| Body Mass Index Measured | |
| Weight Measured | |
| **Vital Signs** | |
| Temperature Oral | |
| Temperature Tympanic | |
| Temperature Temporal Artery | |
| Peripheral Pulse Rate | |
| Respiratory Rate | |
| Systolic Blood Pressure | |
| Diastolic Blood Pressure | |
| Mean Arterial Pressure, Cuff | |
| BP Site | |
| **Basic Oxygen Information** | |
| SpO2 | |
| **Pain Tools** | |
| Pain Present | |
| **Routine Chemistry** | |
| SGOT/AST-ACL | |
| SGPT/ALT-ACL | |
| BUN-ACL | |
| Creatinine-ACL | |
| Glomerular Filtration Rate-ACL | |
| Calcium-ACL | |
| Total Protein-ACL | |
| Albumin-ACL | |
| A/G Ratio-ACL | |
| Sodium-ACL | |
| Potassium-ACL | |
| Chloride-ACL | |
| Carbon Dioxide-ACL | |
| Alkaline Phosphatase-ACL | |
| Glucose-ACL | |
| BUN/Creatinine Ratio-ACL | |
| Bilirubin, Total-ACL | |
| Anion Gap-ACL | |
| **Tolerance Testing** | |
| Glucose Fasting Hours-ACL | |
| **Lipids and CV Risk** | |
| Cholesterol-ACL | |
| Triglyceride-ACL | |
| HDL Cholesterol -ACL | |
| Ldl Cholesterol, Calculated-ACL | |
| Cholesterol/HDL Ratio-ACL | |

000324593
200201240101324593

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-0643 (Rev. 8/2022)

WISCONSIN

## INTERVIEW/INFORMATION REQUEST
## SOLICITUD PARA INFORMACION / ENTREVISTA

Instruction to Inmate: Do not use this form to contact health staff.  Use a Health, Dental or Psychological Service Request.
Instrucciones para Reclusos: No utilice este formulario para comunicarse con el personal de cuidados de salud. Utilice una solicitud de servicio de cuidados de salud, dentales o psicológicos.

| OFFENDER NAME NOMBRE DEL/LA OFENSOR(A) | DOC NUMBER NUMERO DEL/LA OFENSOR(A) | LIVING UNIT UNIDAD DE VIVIENDA |
|---|---|---|
| Bobbie Torry | 324593 | 8-A |

DATE
FECHA     7/19/2023

WORK ASSIGNMENT
ASIGNACION DE TRABAJO

☐ Interview *Entrevista*     ☑ Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA

ON July 7, 2023 inmate Torry had an Appointment with a female doctor. what is the name of the doctor that i had seen.

Thank you !!!

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
(Do Not Write Below This Line) (No Escriba Debajo Esta Linea)
DISPOSITION OF REQUEST DISPOSICION DE LA SOLICITUD

☐ You Will Be Interviewed
    Usted sera entrevistado
☐ Information to Follow
    Informacion Sera Proveida
☐ Request Referred To:
    Solicitud Referelda A:

Date:
Fecha: _____

Time:
Hora:

RECEIVED
JUL. 20 2023
By_____

Information/Comment:
Informacion/Comentario:   Dr. Goodiwalla

Signed Firmado

Department Departamento    HSU

— H —

TORRY, BOBBIE
2/10/1971

000324593
2002012401013324593

* Auth (Verified) *

TO:
A:
NUMBER:
NUMERO:
UNIT:
UNIDAD de VIVIENDA:
DATE:
FECHA:

_____

**FOLD DOBLE**

**DESCARGO DE RESPONSABILIDAD (Disclaimer)**

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido será la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language on this document.

**FOLD DOBLE**

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-0843 (Rev. 4/2015)

WISCONSIN

**INTERVIEW/INFORMATION REQUEST**
*SOLICITUD POR INFORMACION/ENTREVISTA*

TO:
A: _____ H. S. U _____
DEPARTMENT:
DEPARTAMENTO: _____ H. S. U _____
DATE:
FECHA: _____ 7 / 20 / 2023 _____

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-0643 (Rev. 8/2022)

**WISCONSIN**

## INTERVIEW/INFORMATION REQUEST
### SOLICITUD PARA INFORMACION / ENTREVISTA

**Instruction to Inmate:** Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.
*Instrucciones para Reclusos: No utilice este formulario para comunicarse con el personal de cuidados de salud. Utilice una solicitud de servicio de cuidados de salud, dentales o psicológicos.*

| OFFENDER NAME<br>*NOMBRE DEL/LA OFENSOR(A)* | DOC NUMBER<br>*NUMERO DEL/LA OFENSOR(A)* | LIVING UNIT<br>*UNIDAD DE VIVIENDA* |
|---|---|---|
| Bobbie Torry | 324,593 | 3-A |

| DATE<br>*FECHA* | WORK ASSIGNMENT<br>*ASIGNACION DE TRABAJO* |
|---|---|
| 4/3/2024 | |

☐ Interview *Entrevista*   ☒ Information *Informacion*

**STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED**
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

(1) Question: On what date did i have an "Appointment" with Dr. Godiwalla (2022) and (2023) office Appointment?

---

**(Do Not Write Below This Line)** *(No Escriba Debajo Esta Linea)*
**DISPOSITION OF REQUEST** *DISPOSICION DE LA SOLICITUD*

RECEIVED   APR 3 2024   By_____

☐ You Will Be Interviewed
  *Usted sera entrevistado*
☐ Information to Follow
  *Informacion Sera Proveida*
☐ Request Referred To:
  *Solicitud Refereida A:* _____

Date:
Fecha: _____

Time:
Hora:

**Information/Comment:**
*Informacion/Comentario:*

Sorry for the delay - 11/4/2022 - you saw the provider for nose bleeds.

4/5/2023 - you saw the provider for CKD - Chronic kidney disease
7/7/2023 - Chronic kidney disease
11/14/23 - COPD concerns

Signed *Firmado*   J. Buwalda RN   Department *Departamento*

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-410 (Rev. 04/18)

WISCONSIN
Administrative Code
Chapter DOC 310

# ICE RECEIPT
# COMPLAINT NUMBER FLCI-2024-3825
# * * * ICRS CONFIDENTIAL * * *

**To:** TORRY, BOBBIE - #324593
UNIT: _3-3A -- _307-_A
FOX LAKE CORRECTIONAL INSTITUTION
PO Box 147
FOX LAKE, WI 53933-0147

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 03/12/2024 |
| Date Complaint Received: | 03/12/2024 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | PIOC complains about not being sent to an outside kidney specialist. |

This is to acknowledge the complaint you filed which was received on the date indicated. Depending on the nature of the complaint, you may or may not be interviewed by the ICE. A recommendation on the complaint will be made and submitted to the appropriate reviewing authority within 30 days of acknowledgement. A decision will be made by the appropriate reviewing authority within 15 days following receipt of the recommendation unless extended for cause.

### Please write to the ICE if this issue is resolved before you receive an answer.



DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-400 (Rev. 3/2019)

WISCONSIN
Administrative Code
Chapter DOC 310

# INMATE COMPLAINT

**OFFICE USE ONLY**

| DATE RECEIVED | COMPLAINT CODE | COMPLAINT FILE NUMBER |
|---|---|---|
| | | FLCI-2024-3825 |

**INSTRUCTIONS FOR INMATE:**
- Complete **ALL** sections of this form
- You MUST use a DOC-400B, if additional space is needed.
- Do not use a highlighter or marker on this form. Do not staple or tape this form.
- The form may be returned to you if you submit an incomplete form or if you do not follow the instructions.
- Print **clearly**, illegible forms will not be processed. See reverse side for more information.

| INMATE NAME | DOC NUMBER | HOUSING UNIT | FACILITY |
|---|---|---|---|
| Bobbie Torry | 324593 | 3-A | F.L.C |

| LOCATION OF INCIDENT | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|
| H.S.U | Feb 28, 2024 | 1:30 p.m. |

**ANSWER THE FOLLOWING QUESTIONS IN THE SPACES PROVIDED:**

Briefly state who or what is the **ONE** issue, of this complaint. What remedial action are you requesting? Dr. weintraub, Dr. Palop, Dr. Godiwalla never sent inmate Torry to any outside Kidney specialist for his decrease Kidney function and decrease in urine stream.

With whom did you attempt to resolve your **ONE** issue, and what was the result of this attempt, prior to submitting this complaint? Send any documentation you have, that supports your attempt to resolve your claims. On February 28, 2024 I submitted DOC-0643 interview/information request to H.s.u manager Candace whitman Complaining about the problem. but, whitman did not respond. at all.

What are the details surrounding this complaint?

Ongoing medical issue decrease in Kidney function and decrease in urine stream for the last 4 years. On may 7, 2021 Dr. weintraub, stated: within Torry, Laboratory results (that Torry, have a slight decrease in kidney function "Filtration Glomerular rate" at Low 73 instead of 90). Dr. weintraub, provided no treatment for my decrease Kidney Function during our discussion; Torry, asked doctor weintraub, (to send me to an outside Kidney specialist For my decrease in

| SIGNATURE OF INMATE | DATE SIGNED |
|---|---|
| Bobbie Torry | 3/11/2024 |

Case 2:25-cv-00637-JPS    Filed 05/01/25    Page 13 of 41    Document 1-2

**DISTRIBUTION:** Original – ICTS

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-400 (Rev. 3/2019)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# <u>INSTRUCTIONS</u>

The department shall maintain an inmate complaint review system that shall be accessible to all inmates in institutions. Prior to filing a formal complaint, you must attempt to resolve the issue by following the designated process specific to the subject of the complaint. If you have not done so, the Institution Complaint Examiner (ICE) may direct you to do so.

Each complaint shall meet all of the following requirements:
- **(a)** Be submitted on a complaint form provided by the department.
- **(b)** Be legibly handwritten or typed.
- **(c)** Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.
- **(d)** Include the inmate's original signature.
- **(e)** Not exceed 500 words total and not exceed two pages.
- **(f)** Provide relevant supporting documentation, which may be accepted at the discretion of the ICE.

The ICE will acknowledge your complaint with an ICE Receipt, or return the complaint to you for correction or with further instructions, within 10 days of receiving your complaint submission. A complaint will not be processed and a referral for disciplinary action may occur in accordance with ch. DOC 303 if the complaint contains any of the following:
- (a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.
- (b) A foreign substance.

Each complaint may contain only one clearly identified issue.

A complaint must contain sufficient information for the department to investigate and decide the complaint.

An inmate may not file more than one complaint per calendar week except that any of the following are not subject to the filing restrictions contained in this paragraph:
- (a) Complaints regarding the inmate's health and personal safety.
- (b) Complaints made under PREA.

**NOTE:** The ICRS is governed by the rules in chapter DOC 310, Wisconsin Administrative Code. For more information on using the ICRS, please review this chapter.

Case 2:25-cv-00637-JPS    Filed 05/01/25    Page 14 of 41    Document 1-2

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-400B (Rev. 3/2019)

WISCONSIN
Administrative Code
Chapter 310

## INMATE COMPLAINT/APPEAL (CONTINUED)

| INMATE NAME | DOC NUMBER | HOUSING UNIT | FACILITY |
|---|---|---|---|
| Bobbie Torry | 324593 | 3-1A | F.L.C |

Kidney function and decrease in urine Stream). But, Dr. Weintraub refused Never Sent Torry to any outside kidney Specialist. Five months Later: on 10/9/2021 a New doctor Named: Dr. Palop Stated within Torry's Laboratory results Shows: that Torry has a decrease in Kidney Function and a decrease in my urine Stream " Glomerular Filtration rate" at Low 69 instead of 90. Dr. Palop provided no treatment and Dr. Palop Never Sent Torry, to any outside kidney Specialist to find out what is Causing a decrease in my Kidney function. One Year Later 2022 a New doctor Named: Dr. Godiwalla, Stated within Torry's Laboratory test results Shows: that Torry, Still have a decrease in Kidney Function " Glomerular Filtration rate" at Low 78 instead of 90. Torry's Laboratory test results also, Shows: that his " A/G Ratio rate" at Low 1 instead of 6. regarding to his Kidneys. One year Later on 12/20/2023 Dr. Godiwalla, Stated: within Torry's Laboratory test results Shows: that Torry Still have a decrease in Kidney Function " Glomerular Filtration rate" at Low 82 instead of 90. Torry Laboratory test results also shows: that his " A/G Ratio rate" at Low 1 instead of 6. Dr. Godiwalla, provided no treatment For my decrease in urine urine Stream and decrease in Kidney Function. Dr. Godiwalla, Never Sent Torry to any outside Kidney Specialist as of march 1, 2024. ongoing health problems.

| SIGNATURE OF INMATE | DATE SIGNED |
|---|---|
| Bobbie Torry | 3/11/2024 |

DISTRIBUTION: Original – ICTS

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-400B (Rev. 3/2019)

**WISCONSIN**
Administrative Code
Chapter 310

# INSTRUCTIONS

The Department shall maintain an inmate complaint review system that shall be accessible to all inmates in institutions. Prior to filing a formal complaint, you must attempt to resolve the issue by following the designated process specific to the subject of the complaint. If you have not done so, the Institution Complaint Examiner (ICE) may direct you to do so.

Each complaint shall meet all of the following requirements:
(a) Be submitted on a complaint form provided by the department.
(b) Be legibly handwritten or typed.
(c) Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.
(d) Include the inmate's original signature.
(e) Not exceed 500 words total and not exceed two pages.
(f) Provide relevant supporting documentation, which may be accepted at the discretion of the ICE.

The ICE will acknowledge your complaint with an ICE Receipt, or return the complaint to you for correction or with further instructions, within 10 days of receiving your complaint submission.

**A complaint will not be processed and a referral for disciplinary action may occur in accordance with Ch. DOC 303 if the complaint contains any of the following:**
    (a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.
    (b) A foreign substance.

Each complaint may contain only one clearly identified issue. A complaint must contain sufficient information for the department to investigate and decide the complaint. An inmate may not file more than one complaint per calendar week except that any of the following are not subject to the filing restrictions contained in this paragraph:
    (a) Complaints regarding the inmate's health and personal safety.
    (b) Complaints made under PREA.

## Appeals shall meet all of the following requirements:
(a) Be submitted on a form provided by the department.
(b) Be legibly handwritten or typed.
(c) Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.
(d) Include the inmate's original signature.
(e) Not exceed 500 words total and not exceed two pages.
(f) Provide relevant supporting documentation, which may be accepted at the discretion of the CCE.
(g) Be limited to the issue raised in the original complaint.

**An appeal will not be processed and a referral for disciplinary action may occur in accordance with Ch. DOC 303 if the complaint contains any of the following:**
    (a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.
    (b) A foreign substance.

**NOTE:** The ICRS is governed by the rules in chapter DOC 310, Wisconsin Administrative Code. For more information on using the ICRS, please review this chapter.

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-402 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# ICE REJECTION
# COMPLAINT NUMBER FLCI-2024-3825
# * * * ICRS CONFIDENTIAL * * *

**To:** TORRY, BOBBIE - #324593
UNIT: _3-3A – _307-_A
FOX LAKE CORRECTIONAL INSTITUTION
PO Box 147
FOX LAKE, WI 53933-0147

**Complaint Information:** **REJECTED**

| | | |
|---|---|---|
| Date Complaint Acknowledged: | 03/12/2024 | Inmate Contacted? No |
| Date Complaint Received: | 03/12/2024 | |
| Subject of Complaint: | 4 - Medical | |
| Brief Summary: | PIOC complains about not being sent to an outside kidney specialist. | |

Rejection Comment:

PIOC Torry stated, "Dr. Weintraub, Dr. Palop, Dr. Godiwalla, never sent inmate Torry to any outside kidney specialist for his decrease kidney function and decrease in urine stream."

Torry stated, "Ongoing medical issue decrease in kidney function and decrease in urine stream for the last 4 years."

Torry mentioned a date of May 7, 2021 regarding his laboratory results and stated Dr. Weintraub provided no treatment for his decrease kidney function.

Torry mentioned a date of 10/9/2021 regarding his laboratory results and stated Dr. Palop provided no treatment and Dr. Palop never sent him to any outside kidney specialist.

Torry mentioned about his laboratory results "one year later 2022" and 12/20/2023. Torry stated Dr. godiwalla provided no treatment for his decrease in urine stream and decrease in kidney function.

Torry stated, "Dr. Godiwalla never sent Torry to any outside kidney specialist as of March 1, 2024 ongoing health problems."

Within this complaint, it appears this issue dates back to May 7, 2021.

This complaint has a signed date of 3/11/2024 and was received on 3/12/24.

From DOC 310.07(2), "An inmate shall file a complaint within 14 days after the occurrence giving rise to the complaint. At the discretion of the ICE, a late complaint may be accepted for good cause. An inmate shall request to file a late complaint in the written complaint and explicitly provide the reason for the late filing." (Medical Treatment) That is the occurrence giving rise to this complaint and the date of occurrence is determined to be 05/07/2021. It is

Print Date: March 14, 2024    Case 2:25-cv-00637-JPS    Filed 05/01/25    Page 17 of 41    Document 12    Institution Complaint Examiner's Office
** ICRS CONFIDENTIAL **

— m —

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-402 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# ICE REJECTION
# COMPLAINT NUMBER FLCI-2024-3825
# * * * ICRS CONFIDENTIAL * * *

**To:** TORRY, BOBBIE - #324593
UNIT: _3-3A -- _307-_A
FOX LAKE CORRECTIONAL INSTITUTION
PO Box 147
FOX LAKE, WI  53933-0147

**Complaint Information: REJECTED**

beyond the 14-day time limit to file a complaint with respect to (Medical Treatment). Torry makes no plea for good cause. He does not present evidence to show how he was denied the use of or inhibited in any way from using the ICRS since the date of the occurrence. The complaint is rejected as it fails to adhere to the stated filing requirement.

**Rejection Code:** Beyond 14 calendar day limit

**Decision Date:** 03/14/2024



B. Jazdzewski - Institution Complaint Examiner

Per DOC 310.10(10), you may appeal the rejection of this complaint within 10 days to the appropriate reviewing authority. The reviewing authority will only review the basis for the rejection of this complaint, not the merits of the complaint.

If you wish to appeal, complete form DOC 2182 Request for Review of Rejected Complaint and send to:

INSTITUTION COMPLAINT EXAMINER
FOX LAKE CORRECTIONAL INSTITUTION
W10237 LAKE EMILY ROAD
P. O. BOX 147
FOX LAKE, WI  53933-0147

The reviewing authority's decision is final pursuant to s. DOC 310.10(10), Wis. Adm. Code.



DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-2182 (Rev. 3/2019)

WISCONSIN
Administrative Code
Chapter DOC 310

# REQUEST FOR REVIEW OF REJECTED COMPLAINT

DOC 310.10(10), Wis. Adm. Code: "An inmate may appeal a rejected complaint within 10 calendar days only to the appropriate reviewing authority who shall only review the basis for the rejection of the complaint. The reviewing authority's decision is final."

**INSTRUCTIONS:**
1. Prepare an original and one copy of this request. Please print or type.
2. Sign and date form. Use a DOC-400B if additional space is required.
3. Keep the copy of this request for your records.
4. Submit the original to the Institution Complaint Examiner named on the DOC-402 ICE Rejection you received.

**This form is not to be submitted to the Corrections Complaint Examiner**

| INMATE NAME | DOC NUMBER | INSTITUTION (Abbreviate) | COMPLAINT FILE NUMBER |
|---|---|---|---|
| Bobbie Torry | 324593 | Fox Lake | 2024-3825 |

STATE BRIEFLY WHY YOU DISAGREE WITH THE REASON FOR THE REJECTION OF YOUR COMPLAINT.

Complaint Examiner B. Jazdewski, rejected inmate Torry, Complaint stating that it was beyond 14 calendar limit stating. An inmate shall request to file a late Complaint in the written complaint and explicitly provide the reason for the late filing (medical treatment) that is the occurrence giving rise to this complaint and the date of occurrence is determined to be 5/7/2021. Torry makes no plea for good cause. Reviewing Authority the inmate Torry has an ongoing medical issue inwhich he stated within his Inmate Complaint to the Institution Complaint examiner for Example, IN (may 2021) Dr. weirtrank Never Sent Torry to any outside Kidney specialist for his decrease Kidney Function. IN (October 2021 Dr. Palop, never Sent Torry to any outside Kidney specialist for his decrease Kidney Function. In 2023) Dr. Codiwalla, Never Torry to any Kidney Specialis

| SIGNATURE OF INMATE | DATE SIGNED |
|---|---|
| Bobbie Torry | 3/17/2024 |

Case 2:25-cv-00637-JPS    Filed 05/01/25    Page 19 of 41    Document 1-2
— ○ —

DISTRIBUTION: Original – ICTS

at all for his decrease Kidney function and decrease in Kidney function.

In (2024) Dr. Godiwalla never sent inmate Torry to any outside Kidney specialist for his decrease in Kidney function and decrease in urine stream.

inmate Torry has an ongoing medical Issue.

Therefore Reviewing Authority inmate Torry, asks for you to order " the Institution Complaint Examiner" to review inmate Torry Inmate Complaint # 2024-3825-FLCI

Bobbie Torry # 324593
Fox Lake Correctional Institution
p.o. box 200
Fox Lake, WI 53933

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-2193 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# ICE RECEIPT OF REJECTION APPEAL
## COMPLAINT NUMBER FLCI-2024-3825
### * * * ICRS CONFIDENTIAL * * *

**To:** TORRY, BOBBIE - #324593
UNIT: _3-3A – _307-_A
FOX LAKE CORRECTIONAL INSTITUTION
PO Box 147
FOX LAKE, WI 53933-0147

**Complaint Information:**

Date Rejection Appeal Acknowledged: 03/29/2024

Date Rejection Appeal Received: 03/29/2024

Subject of Complaint: 4 - Medical

Brief Summary: PIOC complains about not being sent to an outside kidney specialist.

Your request for review of your rejected complaint has been received. The appropriate reviewing authority shall only review the basis for the rejection. You will receive a written decision from the reviewing authority. The reviewing authority's decision is final pursuant to s. DOC 310.10(10), Wis. Adm. Code.



DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-2182 (Rev. 3/2019)

RECEIVED

MAR 2 5 2024

WISCONSIN
Administrative Code
Chapter DOC 310

Fox Lake Correctional Inst.
I.C.E.

# REQUEST FOR REVIEW OF REJECTED COMPLAINT

DOC 310.10(10), Wis. Adm. Code: "An inmate may appeal a rejected complaint within 10 calendar days only to the appropriate reviewing authority who shall only review the basis for the rejection of the complaint. The reviewing authority's decision is final."

**INSTRUCTIONS:**
1. Prepare an original and one copy of this request. Please print or type.
2. Sign and date form. Use a DOC-400B if additional space is required.
3. Keep the copy of this request for your records.
4. Submit the original to the Institution Complaint Examiner named on the DOC-402 ICE Rejection you received.

**This form is not to be submitted to the Corrections Complaint Examiner**

| INMATE NAME | DOC NUMBER | INSTITUTION (Abbreviate) | COMPLAINT FILE NUMBER |
|---|---|---|---|
| Bobbie Torry | 324593 | Fox Lake | 2024-3825 |

STATE BRIEFLY WHY YOU DISAGREE WITH THE REASON FOR THE REJECTION OF YOUR COMPLAINT.

Complaint Examiner B. Jazdewski, rejected inmate Torry, Complaint stating that it was beyond 14 calendar limit stating. An inmate shall request to file a late complaint in the written complaint and explicitly provide the reason for the late filing (medical treatment) that is the occurrence giving rise to this complaint and the date of occurrence is determined to be 5/7/2021. Torry makes no plea for good cause: Reviewing Authority the inmate Torry has an ongoing medical issue in which he stated within his Inmate Complaint to the Institution Complaint Examiner for Example, In (may 2021) Dr. weintraub never sent Torry to any outside kidney specialist for his decrease kidney function. In (October 2021) Dr. Palop, never sent Torry to any outside kidney specialist for his decrease kidney function. In (2023) Dr. Codiwalla, never Torry to any kidney Specialist

| SIGNATURE OF INMATE | DATE SIGNED |
|---|---|
| Bobbie Torry | 3/17/2024 |

DISTRIBUTION: Original – ICTS

at all for his decrease kidney function and decrease in kidney function.

In (2024) Dr. Godiwalla, never sent inmate Torry to any outside kidney specialist for his decrease in kidney function and decrease in urine stream.

inmate Torry, has an ongoing medical Issue

Therefore, Reviewing Authority. inmate Torry asks for you to order: "the Institution Complaint Exmainer" to review inmate Torry, Inmate Complaint # 2024-3825-FLCI

Bobbie Torry # 324593
Fox Lake Correctional Institution
P.O. box 200
Fox Lake, WI 53933

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-2194 (Rev. 04/18)

WISCONSIN
Administrative Code
Chapter DOC 310

# REVIEWING AUTHORITY'S DECISION ON COMPLAINT REJECTION
## COMPLAINT NUMBER FLCI-2024-3825
### * * * ICRS CONFIDENTIAL * * *

**To:** TORRY, BOBBIE - #324593
UNIT: _3-3A -- _307-_A
FOX LAKE CORRECTIONAL INSTITUTION
PO Box 147
FOX LAKE, WI  53933-0147

**Complaint Information:**

| | |
|---|---|
| Date Rejection Appeal Acknowledged: | 03/29/2024 |
| Date Rejection Appeal Received: | 03/29/2024 |
| Subject of Complaint: | 4 - Medical |
| ICE's Rejection Reason: | Beyond 14 calendar day limit |
| Reviewer's Decision: | This complaint was appropriately rejected by the ICE in accordance with DOC 310.10(6). |
| Reason(s) for Decision: | The patient makes a case that this issue is ongoing. However, the complaint process does have a 14 day limit to which this falls well outside of. The patient is encouraged to contact HSU for any further medical needs. |
| Decision Date: | 04/15/2024 |

*Robert Weinman, RN, CCHP*

R. Weinman - Reviewing Authority

- 4 -

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-410 (Rev. 04/18)

WISCONSIN
Administrative Code
Chapter DOC 310

# ICE RECEIPT
## COMPLAINT NUMBER FLCI-2024-4176
### * * * ICRS CONFIDENTIAL * * *

**To:** TORRY, BOBBIE - #324593
UNIT: _3-3A – _307-_A
FOX LAKE CORRECTIONAL INSTITUTION
PO Box 147
FOX LAKE, WI  53933-0147

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 03/19/2024 |
| Date Complaint Received: | 03/19/2024 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | PIOC complains about not being sent to an outside kidney specialist. |

This is to acknowledge the complaint you filed which was received on the date indicated.  Depending on the nature of the complaint, you may or may not be interviewed by the ICE.  A recommendation on the complaint will be made and submitted to the appropriate reviewing authority within 30 days of acknowledgement.  A decision will be made by the appropriate reviewing authority within 15 days following receipt of the recommendation unless extended for cause.

### Please write to the ICE if this issue is resolved before you receive an answer.



DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-0400 (Rev. 12/2023)

WISCONSIN
Administrative Code
Chapter DOC 310

# RECEIVED INMATE COMPLAINT

**OFFICE USE ONLY**

| DATE RECEIVED | COMPLAINT CODE | COMPLAINT FILE NUMBER |
|---|---|---|
| MAR 1 9 2024 | 4 | FLCI- 2024 - 4176 |

RECEIVED
MAR 1 9 2024
Fox Lake Correctional Inst.
I.C.E.

**INSTRUCTIONS FOR INMATE:**
- Complete ALL sections of this form.
- You MUST use a DOC-0400B, if additional space is needed.
- Do not use a highlighter or marker on this form. Do not staple or tape this form.
- The form may be returned to you if you submit an incomplete form or if you do not follow the instructions.
- Print clearly, illegible forms will not be processed. See reverse side for more information.

| INMATE NAME | DOC NUMBER | HOUSING UNIT | FACILITY |
|---|---|---|---|
| Bobbie Torry | 324593 | 3 - A | F.L.C.I |
| LOCATION OF INCIDENT | DATE OF INCIDENT | TIME OF INCIDENT | |
| H.S.U | Feb 28, 2024 | 1:30 p.m. | |

**ANSWER THE FOLLOWING QUESTIONS IN THE SPACES PROVIDED:**

Briefly state who or what is the ONE issue, of this complaint. What remedial action are you requesting? Dr. Weintraub, Dr. palop, Dr. Cadiwalla, Never sent inmate Torry, to my outside Kidney Specialist for his decrease kidney function and decrease in urine stream.

With whom did you attempt to resolve your ONE issue, and what was the result of this attempt, prior to submitting this complaint? Send any documentation you have, that supports your attempt to resolve your claims. On february 28, 2024 I Submitted DOC-6643 interview/information request to H.S.u manager Candace whitman Cumplaining about the problem. but, whitman did Not respond.

What are the details surrounding this complaint?

Doc 310.07 (2) allows the ICE examiner to accept an inmate Cumplaint for guud Cause For Late filing. Here is Torry's Cause. (1) Inmate Torry has ongoing medical issue decrease in kidney function and decrease in urine Stream for the Last 3 year Starting in (may 2021) through (march 20, 2024) See, Exhibit's A, B, C, D, E, F, G. enclosed inmate Torry medical records) show decrease kidney function "ongoing medical issue. Can be Consider good Cause for Late

| SIGNATURE OF INMATE | DATE SIGNED |
|---|---|
| Bobbie Torry | 3/17/2024 |

Case 2:25-cv-00637-JPS    Filed 05/01/25    Page 26 of 41    Document 1-2

-1-    -5-

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-400B (Rev. 3/2019)

RECEIVED

MAR 1 9 2024

_____ col Inst.
I.C.E.

WISCONSIN
Administrative Code
Chapter 310

## INMATE COMPLAINT/APPEAL (CONTINUED)

| INMATE NAME | DOC NUMBER | HOUSING UNIT | FACILITY |
|---|---|---|---|
| Bobbie Torry | 324593 | 3-A | F.L.C.I |

Filing. "Where Torry's 2021 Dr. weintraub, and Torry's 2021 Dr. palop and Torry's 2022, 2023, 2024 Dr. Godiwalla all knew that inmate Torry has a decrese in kidney Function and decrease in urine stream they did nothing about it. Late ause 2. The Federal District Judge dismiss Torry's Eighth-Amendment Claim against Dr. weintraub, "without prejudice" for me to exhaust administrative remedies to give the prison official's a chance to correct the problem regarding to my decrease in kidney Function issue before refiling a 983 civil complaint. see (Exhibit. 6 District Court Judgment) Cause 3. prior 2021-7651 omplaint was Filed about my kidneys Nothing was done by H.S.U.

The Facts of inmate Torry's Complaint

Ongoing medical issue decrease in kidney Function and decrease in urine stream For or the Last 3 years. On may 7, 2021 Dr. weintrau itated; within Torry's Laboratory results that Torry have a Slight decrease in kidney Function r filtration Glomerular rate" at Low 7. nstead of 90). Dr. weintraub, provided no treatmen or my decrease kidney Function. during our liscussion i Torry, asked doctor weintraub, (to Send me to an outside kidney Specialist or my decrease in kidney Function and

| SIGNATURE OF INMATE | DATE SIGNED |
|---|---|
| Bobbie Torry | 3/17/2024 |

— 2 — 1 —

DISTRIBUTION: Original – ICTS

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-400B (Rev. 3/2019)

WISCONSIN
Administrative Code
Chapter 310

RECEIVED
MAR 19 2024
(Fox Lake Correctional Inst.)

## INMATE COMPLAINT/APPEAL (CONTINUED)

| INMATE NAME | DOC NUMBER | HOUSING UNIT | FACILITY |
|---|---|---|---|
| Bobbie Torry | 324593 | 3-A | F.L.C.I |

decrease in urine stream) But, Dr. Weintraub, refused Never sent Torry, to any outside kidney specialist. Five months Later: on 10/9/2021 a new doctor named: Dr. palop stated within Torry's Laboratory results shows: that Torry has a decrease in Kidney function and decrease in my urine stream" flomerular filtration rate" at Low 69 instead of 90. Dr. palop provided no treatment and Dr. palop Never sent Torry, to any outside kidney specialist to find out what is causing a decrease in my kidney function. one year later 2022 a new doctor named: Dr. Godiwalla, stated within Torry's Laboratory test results shows: that Torry, still have a decrease in Kidney function "Glumerular Filtration rate" at Low 78 instead of 90. Torry's Laboratory test results also, show: that his "A/C Ratio rate" at Low 8 instead of 6. regarding to his kidneys. one year later on 12/20/2023 Dr.Godiwalla, stated: within Torry's Laboratory test results shows: that Torry still have a decrease in kidney function "Glumerular Filtration rate" at Low 82 instead of 90. Torry, Laboratory test results shows that: his "A/C Ratio rate" at Low 8 instead of 6 Dr. Godiwalla, provided no treatment for my decrease in urine stream and decrease in kidney function. Dr. Godiwalla, Never sent Torry, to any outside kidney specialist as of march 30,20

| SIGNATURE OF INMATE | DATE SIGNED |
|---|---|
| Bobbie Torry | 3/17/2024 |

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-400B (Rev. 3/2019)

**WISCONSIN**
Administrative Code
Chapter 310

# INSTRUCTIONS

The Department shall maintain an inmate complaint review system that shall be accessible to all inmates in institutions. Prior to filing a formal complaint, you must attempt to resolve the issue by following the designated process specific to the subject of the complaint. If you have not done so, the Institution Complaint Examiner (ICE) may direct you to do so.

Each complaint shall meet all of the following requirements:

(a) Be submitted on a complaint form provided by the department.
(b) Be legibly handwritten or typed.
(c) Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.
(d) Include the inmate's original signature.
(e) Not exceed 500 words total and not exceed two pages.
(f) Provide relevant supporting documentation, which may be accepted at the discretion of the ICE.

The ICE will acknowledge your complaint with an ICE Receipt, or return the complaint to you for correction or with further instructions, within 10 days of receiving your complaint submission.

A complaint will not be processed and a referral for disciplinary action may occur in accordance with Ch. DOC 303 if the complaint contains any of the following:

(a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.
(b) A foreign substance.

Each complaint may contain only one clearly identified issue. A complaint must contain sufficient information for the department to investigate and decide the complaint. An inmate may not file more than one complaint per calendar week except that any of the following are not subject to the filing restrictions contained in this paragraph:

(a) Complaints regarding the inmate's health and personal safety.
(b) Complaints made under PREA.

## Appeals shall meet all of the following requirements:

(a) Be submitted on a form provided by the department.
(b) Be legibly handwritten or typed.
(c) Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.
(d) Include the inmate's original signature.
(e) Not exceed 500 words total and not exceed two pages.
(f) Provide relevant supporting documentation, which may be accepted at the discretion of the CCE.
(g) Be limited to the issue raised in the original complaint.

An appeal will not be processed and a referral for disciplinary action may occur in accordance with Ch. DOC 303 if the complaint contains any of the following:

(a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.
(b) A foreign substance.

**NOTE:** The ICRS is governed by the rules in chapter DOC 310, Wisconsin Administrative Code. For more information on using the ICRS, please review this chapter.

**DISTRIBUTION:** Original – ICTS

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-402 (Rev. 04/18)

WISCONSIN
Administrative Code
Chapter DOC 310

# ICE REJECTION
# COMPLAINT NUMBER FLCI-2024-4176
# * * * ICRS CONFIDENTIAL * * *

**To:** TORRY, BOBBIE - #324593
UNIT: _3-3A – _307-_A
FOX LAKE CORRECTIONAL INSTITUTION
PO Box 147
FOX LAKE, WI  53933-0147

**Complaint Information: REJECTED**

| | | |
|---|---|---|
| Date Complaint Acknowledged: | 03/19/2024 | Inmate Contacted? No |
| Date Complaint Received: | 03/19/2024 | |
| Subject of Complaint: | 4 - Medical | |
| Brief Summary: | PIOC complains about not being sent to an outside kidney specialist. | |

Rejection Comment:

PIOC Torry complains about not being sent to an outside kidney specialist.

Torry submitted a complaint regarding this issue. Please refer to FLCI-2024-3825.

The issue raised in this complaint has been addressed through the inmate's prior use of the ICRS. Consequently, this complaint is rejected pursuant to DOC 310.10(6)(g), Wis. Adm. Code.

Rejection Code: Previously addressed with prior use of ICRS.

Decision Date: 03/19/2024



B. Jazdzewski - Institution Complaint Examiner

Per DOC 310.10(10), you may appeal the rejection of this complaint within 10 days to the appropriate reviewing authority.  The reviewing authority will only review the basis for the rejection of this complaint, not the merits of the complaint.

If you wish to appeal, complete form DOC 2182 Request for Review of Rejected Complaint and send to:

Case 2:25-cv-00637-JPS     Filed 05/01/25     Page 30 of 41     Document 1-2

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-402 (Rev. 04/18)

WISCONSIN
Administrative Code
Chapter DOC 310

# ICE REJECTION
# COMPLAINT NUMBER FLCI-2024-4176
# * * * ICRS CONFIDENTIAL * * *

---

**To:** TORRY, BOBBIE - #324593
UNIT: _3-3A -- _307-_A
FOX LAKE CORRECTIONAL INSTITUTION
PO Box 147
FOX LAKE, WI  53933-0147

**Complaint Information: REJECTED**

INSTITUTION COMPLAINT EXAMINER
FOX LAKE CORRECTIONAL INSTITUTION
W10237 LAKE EMILY ROAD
P. O. BOX 147
FOX LAKE, WI  53933-0147

The reviewing authority's decision is final pursuant to s. DOC 310.10(10), Wis. Adm. Code.

Case 2:25-cv-00637-JPS    Filed 05/01/25    Page 31 of 41    Document 1-2

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-2193 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# ICE RECEIPT OF REJECTION APPEAL
# COMPLAINT NUMBER FLCI-2024-4176
# * * * ICRS CONFIDENTIAL * * *

**To:** TORRY, BOBBIE - #324593
UNIT: _3-3A -- _307-_A
FOX LAKE CORRECTIONAL INSTITUTION
PO Box 147
FOX LAKE, WI  53933-0147

**Complaint Information:**

| | |
|---|---|
| Date Rejection Appeal Acknowledged: | 03/25/2024 |
| Date Rejection Appeal Received: | 03/25/2024 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | PIOC complains about not being sent to an outside kidney specialist. |

Your request for review of your rejected complaint has been received. The appropriate reviewing authority shall only review the basis for the rejection. You will receive a written decision from the reviewing authority. The reviewing authority's decision is final pursuant to s. DOC 310.10(10), Wis. Adm. Code.



Case 2:25-cv-00637-JPS     Filed 05/01/25     Page 32 of 41     Document 1-2

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-2182 (Rev. 3/2019)

**WISCONSIN**
Administrative Code
Chapter DOC 310

## REQUEST FOR REVIEW OF REJECTED COMPLAINT

DOC 310.10(10), Wis. Adm. Code: "An inmate may appeal a rejected complaint within 10 calendar days only to the appropriate reviewing authority who shall only review the basis for the rejection of the complaint. The reviewing authority's decision is final."

**INSTRUCTIONS:**
1. Prepare an original and one copy of this request. Please print or type.
2. Sign and date form. Use a DOC-400B if additional space is required.
3. Keep the copy of this request for your records.
4. Submit the original to the Institution Complaint Examiner named on the DOC-402 ICE Rejection you received.

**This form is not to be submitted to the Corrections Complaint Examiner**

| INMATE NAME | DOC NUMBER | INSTITUTION (Abbreviate) | COMPLAINT FILE NUMBER |
|---|---|---|---|
| Bobbie Torry | 324593 | Fox Lake | 2024-4176 |

STATE BRIEFLY WHY YOU DISAGREE WITH THE REASON FOR THE REJECTION OF YOUR COMPLAINT.

Brief Summary: Inmate Torry, complains about not being sent to an outside kidney specialist. Complaint Examiner B. Jazdewski, States: Torry submitted a complaint regarding this above issue. please refer to FLCI-2024-3825.

The issue raised in this complaint has been addressed through the inmate's prior use of ICRS. Consequently, this complaint is rejected pursuant to DOC 310.10(6)(g) wis. Adm. code. (previously addressed with prior use of ICRS). Therefore, Reviewing Authority inmate Torry, asks for you to order the "Institution Complaint Examiner" to review inmate's Torry inmate complaint because, Torry provided good cause for late filing stated: back in may 7, 2021 "ongoing medical issue" decrease in kidney function and decrease in urine stream

| SIGNATURE OF INMATE | DATE SIGNED |
|---|---|
| Bobbie Torry | 3/20/2024 |

Case 2:25-cv-00637-JPS    Filed 05/01/25    Page 33 of 41    Document 1-2

**DISTRIBUTION:** Original – ICTS

Bobbie Torry #324593
Fox Lake Correctional Institution
p.o. box 200
Fox Lake, WI 53933

Case 2:25-cv-00637-JPS    Filed 05/01/25    Page 34 of 41    Document 1-2

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-2194 (Rev. 04/18)

WISCONSIN
Administrative Code
Chapter DOC 310

# REVIEWING AUTHORITY'S DECISION ON COMPLAINT REJECTION
## COMPLAINT NUMBER FLCI-2024-4176
### * * * ICRS CONFIDENTIAL * * *

**To:** TORRY, BOBBIE - #324593
UNIT: _3-3A -- _307-_A
FOX LAKE CORRECTIONAL INSTITUTION
PO Box 147
FOX LAKE, WI  53933-0147

**Complaint Information:**

| | |
|---|---|
| Date Rejection Appeal Acknowledged: | 03/25/2024 |
| Date Rejection Appeal Received: | 03/25/2024 |
| Subject of Complaint: | 4 - Medical |
| ICE's Rejection Reason: | Previously addressed with prior use of ICRS. |
| Reviewer's Decision: | This complaint was appropriately rejected by the ICE in accordance with DOC 310.10(6). |
| Reason(s) for Decision: | As noted, this issue has been addressed. The patient is encouraged to contact HSU as needed for any health needs. |
| Decision Date: | 04/04/2024 |

*Robert Weinman, RN, CCHP*

R. Weinman - Reviewing Authority



Case 2:25-cv-00637-JPS     Filed 05/01/25     Page 35 of 41     Document 1-2

TORRY, BOBBIE
DOC# 000324593

January 31, 2025

BOBBIE TORRY

DOC:324593                                    LOC:33A

We want to let you know about your laboratory results listed below. Some of these results are abnormal for you. If you would like to discuss them further with us, or if you have further questions. We will discuss more at your next appointment.

Sincerely,
Dr Godiwalla

| Test | Result | | Date | Reference Range |
|------|--------|--|------|-----------------|
| Hemoglobin A1C- ACL (%) | 5.1 | | 1/30/2025 | 4.5-5.6 - |
| WBC-ACL (K/mcL) | 7.7 | | 1/30/2025 | 4.2-11.0 - |
| RBC-ACL (mil/mcL) | 5.70 | | 1/30/2025 | 4.50-5.90 - |
| HGB-ACL (g/dL) | 14.6 | | 1/30/2025 | 13.0-17.0 - |
| HCT-ACL (%) | 45.1 | | 1/30/2025 | 39.0-51.0 - |
| MCV-ACL (fl) | 79.1 | | 1/30/2025 | 78.0-100.0 - |
| MCH-ACL (pg) | 25.6 | ((L)) | 1/30/2025 | 26.0-34.0 - |
| MCHC-ACL (g/dL) | 32.4 | | 1/30/2025 | 32.0-36.5 - |
| RDWCV-ACL (%) | 14.3 | | 1/30/2025 | 11.0-15.0 - |
| RDW-SD-ACL (fL) | 41.1 | | 1/30/2025 | 39.0-50.0 - |
| PLTC-ACL (K/mcL) | 389 | | 1/30/2025 | 140-450 - |
| NRBCRE-ACL (/100 WBC) | 0 | | 1/30/2025 | <=0 - |
| PNEUT-ACL (%) | 76 | | 1/30/2025 | |
| PLYMS-ACL (%) | 7 | | 1/30/2025 | |
| PMON-ACL (%) | 14 | | 1/30/2025 | |
| PEOS-ACL (%) | 2 | | 1/30/2025 | |
| PBASO-ACL (%) | 1 | | 1/30/2025 | |
| IGRE-ACL (%) | 0 | | 1/30/2025 | |
| ANEUT-ACL (K/mcL) | 5.8 | | 1/30/2025 | 1.8-7.7 - |
| ALYMS-ACL (K/mcL) | 0.6 | ((L)) | 1/30/2025 | 1.0-4.0 - |
| AMON-ACL (K/mcL) | 1.1 | ((H)) | 1/30/2025 | 0.3-0.9 - |
| AEOS-ACL (K/mcL) | 0.2 | | 1/30/2025 | 0.0-0.5 - |
| ABASO-ACL (K/mcL) | 0.1 | | 1/30/2025 | 0.0-0.3 - |

Case 2:25-cv-00637-JPS      Filed 05/01/25      Page 36 of 41      Document 1-2

| Test | Result | | Date | Reference Range |
|---|---|---|---|---|
| Absolute Immature Granulocytes WAM-ACL (K/mcL) | 0.0 | | 1/30/2025 | 0.0-0.2 - |
| 12305321-ACL (Hours) | 10 | | 1/30/2025 | 0-999 - |
| NA-ACL (mmol/L) | 138 | | 1/30/2025 | 135-145 - |
| K-ACL (mmol/L) | 4.2 | | 1/30/2025 | 3.4-5.1 - |
| CL-ACL (mmol/L) | 106 | | 1/30/2025 | 97-110 - |
| CO2-ACL (mmol/L) | 26 | | 1/30/2025 | 21-32 - |
| AGAP-ACL (mmol/L) | 10 | | 1/30/2025 | 7-19 - |
| GLU-ACL (mg/dL) | 105 | ((H)) | 1/30/2025 | 70-99 - |
| BUN-ACL (mg/dL) | 16 | | 1/30/2025 | 6-20 - |
| CREA-ACL (mg/dL) | 1.36 | ((H)) | 1/30/2025 | 0.67-1.17 - |
| Glomerular Filtration Rate-ACL | 62 | | 1/30/2025 | >=60 - |
| BCRAT-ACL | 12 | | 1/30/2025 | 7-25 - |
| CA-ACL (mg/dL) | 9.3 | | 1/30/2025 | 8.4-10.2 - |
| TBIL-ACL (mg/dL) | 0.9 | | 1/30/2025 | 0.2-1.0 - |
| GOT-ACL (Units/L) | 16 | | 1/30/2025 | <=37 - |
| GPT-ACL (Units/L) | 22 | | 1/30/2025 | <64 - |
| ALKP-ACL (Units/L) | 71 | | 1/30/2025 | 45-117 - |
| ALB-ACL (g/dL) | 3.7 | | 1/30/2025 | 3.4-5.0 - |
| TP-ACL (g/dL) | 7.7 | | 1/30/2025 | 6.4-8.2 - |
| GLOB-ACL (g/dL) | 4.0 | | 1/30/2025 | 2.0-4.0 - |
| AGR-ACL | 0.9 | ((L)) | 1/30/2025 | 1.0-2.4 - |
| CHOL-ACL (mg/dL) | 142 | | 1/30/2025 | <=199 - |
| TRIG-ACL (mg/dL) | 61 | | 1/30/2025 | <=149 - |
| HDL-ACL (mg/dL) | 52 | | 1/30/2025 | >=40 - |
| LDL-ACL (mg/dL) | 78 | | 1/30/2025 | <=129 - |
| NONHDL-ACL (mg/dL) | 90 | | 1/30/2025 | |
| CHOHDL-ACL | 2.7 | | 1/30/2025 | <=4.4 - |
| TSH-ACL (mcUnits/mL) | 0.268 | ((L)) | 1/30/2025 | 0.350-5.000 - |
| Vitamin D, 25-Hydroxy-ACL (ng/mL) | 42.6 | | 1/30/2025 | 30.0-100.0 - |
| PSAT-ACL (ng/mL) | 1.15 | | 1/30/2025 | <=3.50 - |

Health Services Unit Staff

X

Name: TORRY, BOBBIE          Page 2 of 2          DOB: 2/10/1971

Patient: TORRY, BOBBIE
MRN: 000324593

Date Range: 2/28/2021 6:41 CST - 9/30/2022 6:41 CDT

Printed by: Eagen, Sandra L
Printed on: 8/30/2022 6:41 CDT

| Ambulatory View | 8/26/2022 12:42 CDT |
|---|---|
| BUN-ACL | 17 |
| Creatinine-ACL | 1.17 |
| Glomerular Filtration Rate-ACL | 75 * |
| Calcium-ACL | 9.3 * |
| Total Protein-ACL | |
| Albumin-ACL | |
| A/G Ratio-ACL | |
| Sodium-ACL | 141 |
| Potassium-ACL | 3.8 |
| Chloride-ACL | 107 |
| Carbon Dioxide-ACL | 28 |
| Alkaline Phosphatase-ACL | |
| Glucose-ACL | 83 |
| BUN/Creatinine Ratio-ACL | 15 |
| Bilirubin, Total-ACL | |
| Anion Gap-ACL | 10 |
| **Tolerance Testing** | |
| Glucose Fasting Hours-ACL | 10; 10 |
| **Lipids and CV Risk** | |
| Cholesterol-ACL | 135 * |
| Triglyceride-ACL | 74 * |
| HDL Cholesterol -ACL | 57 * |
| Ldl Cholesterol, Calculated-ACL | 63 * |
| Cholesterol/HDL Ratio-ACL | 2.4 * |
| Non-HDL Cholesterol-ACL | 78 * |
| **Thyroid** | |
| TSH-ACL | |
| **Urine Chemistry** | |
| Creatinine, Urine Random-ACL | 190.00 |
| Microalbumin/Creatinine Ratio-ACL | 4.6 * |
| Microalbumin, Urine | 0.88 |
| **Vitamins** | |
| Vitamin D,25-Hydroxy-ACL | |
| **Immunology/Serology** | |
| **Infectious Disease** | |
| Globulin-ACL | |
| COVID19-ExactScience | |
| COVID19-Accelerated Lab | |
| PSA Total -ACL | |
| **COVID19 ANTIGEN POC** | |
| COVID19 Antigen Status | |
| COVID19 Antigen Symptomatic | |
| COVID19 Previous PCR? | |
| COVID19 Testing Location | |
| COVID19 Close Contact? | |
| COVID19 Collection Time | |
| COVID19 Performed Time | |
| COVID19 Completion Time | |

Page 2

Printed by: Eagen, Sandra L
Printed on: 9/2/2021 6:10 CDT

Patient: TORRY, BOBBIE
MRN: 000324593

Date Range (Admission - Current): 1/24/2002 1:01 CST - 9/2/2021 6:10 CDT

| Lab View | 6/12/2019 0:00 - 23:59 CDT |
|---|---|
| **CBC and Differential** | |
| White Blood Cell Count-ACL | 5.8 |
| Red Blood Cell Count-ACL | 5.33 |
| Hemoglobin-ACL | 13.8 |
| Hematocrit-ACL | 44.8 |
| Mean Cell Volume-ACL | 84.1 |
| Mean Corpuscular Hemoglobin-ACL | 25.9 (L) |
| Mean Cell Hemoglobin Concentration-ACL | 30.8 (L) |
| RDW-CV-ACL | 14.5 |
| Platelet Count-ACL | 344 |
| Percent Neutrophils-ACL | 47 |
| Percent Lymphocytes-ACL | 31 |
| Percent Monocytes-ACL | 13 |
| Percent Eosinophils-ACL | 8 |
| Percent Basophils-ACL | 1 |
| Absolute Neutrophil Count-ACL | 2.7 |
| Absolute Lymphocyte Count-ACL | 1.8 |
| Absolute Monocyte Count-ACL | 0.8 |
| Absolute Eosinophil Count-ACL | 0.4 |
| Absolute Basophil Count-ACL | 0.1 |
| Diff Type | SEE NOTES * |
| NRBC-ACL | 0 * |
| Absolute Immature Granulocytes-ACL | 0.0 * |
| Percent Immature Granulocytes-ACL | 0 |
| **Routine Chemistry** | |
| SGOT/AST-ACL | 14 |
| SGPT/ALT-ACL | 24 |
| BUN-ACL | 19 |
| Creatinine-ACL | 1.17 |
| Glomerular Filtration Rate-ACL | 85 * |
| Estimated GFR Non-African American-ACL | 73 * |
| Calcium-ACL | 9.0 |
| Total Protein-ACL | 7.3 |
| Albumin-ACL | 3.9 |
| A/G Ratio-ACL | 1.1 * |
| Urine Ketones-ACL | NEGATIVE |
| Sodium-ACL | 145 |
| Potassium-ACL | 3.8 |
| Chloride-ACL | 109 (H) |
| Carbon Dioxide-ACL | 30 |
| Alkaline Phosphatase-ACL | 63 |
| Glucose-ACL | 90 |
| BUN/Creatinine Ratio-ACL | 16 |
| Bilirubin, Total-ACL | 0.6 |
| Anion Gap-ACL | 10 |
| **Tolerance Testing** | |
| Glucose Fasting Hours-ACL | |
| **Lipids and CV Risk** | |
| Cholesterol-ACL | 145 * |
| Triglyceride-ACL | 76 * |
| HDL Cholesterol -ACL | 53 * |
| Ldl Cholesterol, Calculated-ACL | 77 * |
| Cholesterol/HDL Ratio-ACL | 2.7 * |
| Non-HDL Cholesterol-ACL | 92 * |
| **Urine Chemistry** | |
| Ph Urine - ACL | 5.5 |
| **UA Macroscopic** | |
| Urine Color-ACL | YELLOW |
| Urine Appearance-ACL | CLEAR |
| Urine Specific Gravity-ACL | 1.023 |
| Urine Glucose-ACL | NEGATIVE |
| Urine Bilirubin-ACL | NEGATIVE |
| Urine Occult Blood-ACL | NEGATIVE |
| Urine Protein-ACL | NEGATIVE |
| Urine Urobilinogen-ACL | 0.2 |
| Urine Nitrite-ACL | NEGATIVE |

-2-

Case 2:25-cv-00637-JPS    Filed 05/01/25    Page 39 of 41    Document 1-2

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

↔ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ↔

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Torry | Bobbie | 324593 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE 8/11/2022 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**
▶

**TO BE COMPLETED BY HSU ONLY**
☒ MEDICAL (Nurse) Doctor/NP/PA    ☐ DENTAL    ☐ OPTICAL
Charge Copayment: ☒ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| Terry Kisr RN | 8-13-22 |

**TO BE COMPLETED BY INMATE-PATIENT / HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☒ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST    ☐ INFORMATION
☐ OTHER: Need to see doctor having sharp pain Kidney area

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I Torry have been having sharp pain in my lower back kidney area both side for a while now should be sent to an outside specialist to see whats wrong with my kidney

DATE RECEIVED
TO BE STAMPED BY HSU
AUG 1 2 2022

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):
☒ Scheduled to be seen in HSU ☐ ACP ☒ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:
☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:
☐ Refer for copies only: ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify): ☐ Other:

**COMMENT / INFORMATION**

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Terry Kisr RN | 8-13-22 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

Exhibit
9295

TORRY, BOBBIE
2/10/1971

000324593
2002012401013245593

* Auth (Verified) *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

## HEALTH SERVICE REQUEST
### AND COPAYMENT DISBURSEMENT AUTHORIZATION

WISCONSIN
Adm. Code
Ch. DOC 316

⟺ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⟺

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Torry | Bobbie | 324593 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| F.L.C | 3 | 8/11/2022 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**

▶

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)     ☐ DENTAL     ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. **Place all 4 pages** of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES     ☑ HEALTH CARE RECORD REVIEW     ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST     ☐ INFORMATION

☐ OTHER: _____ review my medical File.

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I want to review my "medical File"

Thank you!!

DATE RECEIVED
TO BE STAMPED BY HSU

AUG 1 2 2022

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL**

PATIENT: DO NOT WRITE BELOW THIS LINE  —  TO BE COMPLETED BY HSU ONLY

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call:  ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☑ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☑ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:                    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):              ☐ Other:

COMMENT / INFORMATION

PRINT STAFF NAME                              DATE OF HSU RESPONSE

Terry Kisr RN                                 8-12-22

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient