Bobbie Torry #324593
Fox Lake Correctional Institution
P.O. box 189
Phoenix, md 21131


PRIORITY MAIL
US POSTA
ZIP 53933
02 7W
0008030151

Clerk,
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Room #362
Milwaukee, WI 53202



UNITED STATES POSTAL SERVICE®    pitney bowes

USPS TRACKING #

9488 8090 0027 6402 7544 83

Label 888-PB, Oct. 2015

THIS LETTER HAS BEEN
MAILED FROM THE
WISCONSIN PRIS...